UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESTINY TOMLINSON,

                Plaintiff,

        -against-

SCOTT E. BERGLUND and JASPER ENGINE
EXCHANGE, INC.,

             Defendants.

**ORDER**

26-CV-01231 (PMH)

PHILIP M. HALPERN, United States District Judge:

According to the docket, the parties were scheduled to participate in a mediation conference on May 26, 2026. The parties are directed to file a letter via ECF advising the Court of the status of this action by June 5, 2026.

SO ORDERED.

Dated:  White Plains, New York
         May 29, 2026

_____
Philip M. Halpern
United States District Judge