UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESTINY TOMLINSON,

Plaintiff,

-against-

SCOTT E. BERGLUND and JASPER ENGINE EXCHANGE, INC.,

Defendants.

**ORDER**

26-CV-01231 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today by telephone for an initial pretrial conference. The parties represented that they consent to the reference of this action to the assigned Magistrate Judge for all purposes, including motions and trial.

Therefore the parties shall file, by 5:00 p.m. on July 8, 2026, a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (form AO 85) using the ECF Filing Event "Proposed Consent to Jurisdiction by US Magistrate Judge." A copy of the required form is attached to this Order.

Counsel for Plaintiff, Garvey Turnier, is further directed to file a notice of appearance so as to receive electronic notices in this action.

Counsel for Defendants are directed to serve a copy of this Order and attachment on counsel for Plaintiff.

SO ORDERED.

Dated: White Plains, New York
July 7, 2026

Philip M. Halpern
United States District Judge

# UNITED STATES DISTRICT COURT

for the

______________________________ )
*Plaintiff* )
v. ) Civil Action No.
______________________________ )
*Defendant* )

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability*. A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority*. The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: ______________

______________________________
*District Judge's signature*

______________________________
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

Print Save As... Reset